**IN THE UNITED STATES BANKRUTPCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TONI LYNN CARUCCI, | : | |
| a/k/a TONI L. CARUCCI, | : | CASE NO.: 5:26-bk-_____ |
| a/k/a TONI CARUCCI, | : | |
| a/k/a TONI LYNN FESLER, | : | |
| a/k/a TONI L. FESLER, | : | |
| a/k/a TONI FESLER, | : | |
| Debtor | : | |

**CERTIFICATION OF NO PAYMENT ADVICES**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, <u>VITO FESLER</u> certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition **of my spouse**, did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), *from any source of employment*. I further certify that he/she received no payment advices during that period because:

_____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_____ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_____ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

___X___ I have been unemployed through the sixty (60) days immediately preceding the date of the above-captioned petition.

_____ I did not receive payment advices due to factors other than those listed above. (Please explain) _____

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: <u>July 09, 2026</u>

/s/ Toni Lynn Carucci
TONI LYNN CARUCCI
Debtor