**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Toni Lynn Carucci aka Toni Lynn Fesler**
**aka Toni L. Carucci aka Toni Fesler aka Toni L.**
**Fesler aka Toni Carucci**

**BK NO. 26-01908 MJC**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
09 Jul 2026, 15:32:35, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 7e9900cea1d5387d0f5f79e2806a2554ca0c4714c3a469ba49bcd9ada4df821c