

12433-PAM-DE-041250913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2026, at 9:07 o'clock PM PDT, Toni L. Carucci completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 27, 2026                            By:       /s/Lisa Susoev

                                                Name:   Lisa Susoev

                                                Title:   Teacher