UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>TONI LYNN CARUCCI<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>TONI LYNN CARUCCI<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:26-BK-01908-MJC |

# TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following: Property held as tenants by the entireties to the extent of joint claims.

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following: Debtor has not provided to Trustee a copy of Debtor(s)' credit report.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's plan.
b. Dismiss or convert Debtor's case.
c. Provide such other relief as is equitable and just.

Dated: August 17, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

**CERTIFICATE OF SERVICE**

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

Dated: August 17, 2026

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee