United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01908-MJC
Toni Lynn Carucci Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Aug 17, 2026 Form ID: ntcnfhrg Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni Lynn Carucci, 19 Sycamore Circle, Albrightsville, PA 18210-3809 |
| 5819382 | + | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5819383 | + | Indian Mountain Lake Civic Association, YOUNG & HAROS, LLC, 802 MAIN ST., 802 Main St., STROUDSBURG, PA 18360-1602 |
| 5815958 | + | YOUNG & HAROS LLC, 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 19:00:41 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5815943 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 17 2026 18:56:00 | BRIDGECREST FINANCIAL, 7300 E. HAMPTON AVENUE, SUITE 101, MESA, AZ 85209-3324 |
| 5816712 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 19:00:53 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5815944 | + | Email/Text: EAGBankruptcy@coned.com | Aug 17 2026 18:56:00 | CONSOLIDATED EDISON CO OF NY INC, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 5825194 | + | Email/Text: EAGBankruptcy@coned.com | Aug 17 2026 18:56:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, BANKRUPTCY GROUP, 4 IRVING PLACE, 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 5817742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 19:00:41 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5815945 | ^ | MEBN | Aug 17 2026 18:55:55 | FIRST PORTFOLIO VENTURES II LLC, 3091 GOVERNORS LAKE DR STE 500, PEACHTREE CORNERS, GA 30071-1135 |
| 5815946 | + | Email/Text: bankruptcy@flagshipcredit.com | Aug 17 2026 18:56:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 5815947 | + | Email/Text: collections@indianmountainlake.com | Aug 17 2026 18:56:00 | INDIAN MOUNTAIN LAKES CIVIC ASSN, 95 HIGHRIDGE ROAD, ALBRIGHTSVILLE, PA 18210-7771 |
| 5815948 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2026 18:56:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5815949 | ^ | MEBN | Aug 17 2026 18:55:53 | KML LAW GROUP PC, STE 5000 BNY INDEPENDENCE CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |

| | | | | |
|---|---|---|---|---|
| 5815950 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2026 19:01:04 | LVNV FUNDING, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 5821595 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2026 19:00:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5815951 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2026 18:56:00 | QUANTUM 3 GROUP AS AGENT FOR, GALAXY INTERNATIONAL PURCHASING LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5815952 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2026 19:01:07 | RESURGENT RECEIVABLES LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 5815953 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 17 2026 18:56:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5818342 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 17 2026 18:56:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5815954 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 17 2026 18:56:00 | SELECT PORTFOLIO SERVICING INC, ATTN BANKRUPTCY DEPT, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5815955 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 17 2026 19:00:38 | SYNCB/PPC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 5815956 | + | Email/Text: bankruptcy@mtabt.org | Aug 17 2026 18:56:00 | TRIBOROUGH BRIDGE & TUNNEL AUTH, TBTA TOLL GROUP, 2 BROADWAY 24TH FL, NEW YORK, NY 10004-2207 |
| 5821880 | | Email/Text: bankruptcy@mtabt.org | Aug 17 2026 18:56:00 | Triborough Bridge and Tunnel Authority, 2 Broadway, 24th Floor, New York, NY 10004 |
| 5815957 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 17 2026 18:56:00 | US BANK NA, C/O SELECT PORTFOLIO SERVICING, 3217 S DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119-3284 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5824588 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor U.S. Bank National Association as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Toni Lynn Carucci rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Toni Lynn Carucci,<br>aka Toni L. Carucci, aka Toni Lynn Fesler, aka Toni Fesler, aka Toni Carucci, aka Toni L. Fesler,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:26−bk−01908−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 24, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 1, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2026 |

ntcnfhrg (08/21)